# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BOKF, N.A.

        Plaintiff(s),

vs.

Robert Estes, et al.

        Defendant(s).

Case # 2:17-cv-02850-APG-CWH

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

        Jared M. Burden, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Frederic Dorwart Lawyers, PLLC
(firm name)

with offices at 124 East Fourth Street,
(street address)

Tulsa, Oklahoma, 74103,
(city) (state) (zip code)

918-583-9922, jburden@fdlaw.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

BOKF, N.A. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____2010_____, Petitioner has been and presently is a
                        (date)
member in good standing of the bar of the highest Court of the State of _Oklahoma_
                                                                          (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Tenth Circuit | 3/22/2016 | N/A |
| USDC Northern District of Oklahoma | 5/4/2011 | N/A |
| USDC Western District of Oklahoma | 2/21/2013 | N/A |
| USDC Eastern District of Oklahoma | 10/10/2012 | N/A |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Oklahoma Bar Association, Tulsa County Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Oklahoma )
)
COUNTY OF Tulsa )

___Jared M. Burden___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

14th day of November, 2017.

_____
Notary Public or Clerk of Court

[Notary Seal: AMBER R SIMMS, NOTARY, #12010568, EXP. 11/08/2020, STATE OF OKLAHOMA]

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Spencer H. Gunnerson___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___3800 Howard Hughes Parkway, #1700___,
(street address)

___Las Vegas___, ___Nevada___, ___89169___,
(city) (state) (zip code)

___702-385-6000___, ___s.gunnerson@kempjones.com___.
(area code + telephone number) (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Spencer H. Gunnerson_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_/s/ Frederic Dorwart_
(party's signature)

Frederic Dorwart, General Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_/s/ Spencer H. Gunnerson_
Designated Resident Nevada Counsel's signature

8810      s.gunnerson@kempjones.com
Bar number      Email address

APPROVED:

Dated: November 17, 2017.

_/s/_
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

### CERTIFICATE

STATE OF OKLAHOMA )
                              )
COUNTY OF OKLAHOMA )

Gina L. Hendryx, being duly sworn, deposes and says:

That she is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

That JARED MICHAEL BURDEN, OBA #30026, was admitted to the practice of law by the Supreme Court of Oklahoma on September 23, 2010, and is an active member in good standing of the Oklahoma Bar Association.

_____
Gina L. Hendryx
General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 15th day of November, 2017, by Gina L. Hendryx.

_____
NOTARY PUBLIC

My Commission Expires:
06/16/2020

Commission Number:
16005850

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036
office 405.416.7007
fax 405.416.7003
toll free 800.522.8065

www.okbar.org

