1
2
3
4
5
6
7
8
9
10
11
12
13        **IN THE UNITED STATES DISTRICT COURT**

14            **FOR THE DISTRICT OF NEVADA**

15                        \* \* \*

16   BOKF, NA,                          Case No.: 3:17-cv-00694-LRH-WGC

17            Plaintiff,                 **STIPULATION AND ORDER TO**
                                         **EXTEND BRIEFING DEADLINES**
18   vs.

19   ROBERT ESTES, KAREN NILES,
     JERRY CARPENTER, SHIRLEY
20   CARVEY, and JAMES CARPENTER
     and BECKY LYNN CARPENTER AS CO-
21   TRUSTEES OF THE CARPENTER
     FAMILY REV TRUST UAD 1/19/14,
22
             Defendants.
23

24        Pursuant to Local Rule 6-1, Plaintiff BOKF, NA ("Plaintiff"), and Defendants

25   Robert Estes, Karen Niles, Jerry Carpenter, Shirley Carvey and James Carpenter and

26   Becky Carpenter as Co-Trustees of the Carpenter Family REV Trust UAD 1/19/14,

27   (collectively "Defendants"), by and through their respective counsel, hereby stipulate,

28   and agree, to extend the briefing deadlines for Plaintiff's Motion for Preliminary

                                        1

Judgment.

While the Motion for Preliminary Judgment was filed on December 11, 2017, Plaintiff did not serve it until December 15, 2017, via regular mail. Upon receipt of Plaintiff's Motion, counsel for Defendants informed Plaintiff that he intends to file a Cross-Motion at the time of filing Defendants' Opposition. Due to serving the Motion by regular mail, the Opposition is currently due on January 2, 2018. With the impending holidays and Defendants' Cross-Motion, the parties stipulate and agree to extend the briefing schedule as follows:

1.     Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction is due on January 5, 2018;

2.     Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction is due on January 24, 2018;

3.     Plaintiff's Opposition to Defendants' anticipated cross-motion is due on January 24, 2018; and

4.     Defendants' Reply to Plaintiff's Opposition to Defendants' anticipated cross-motion is due on February 2, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Counsel for both parties stipulate and agree to contact the court's clerk at an appropriate time to determine the best date for oral argument on Plaintiff's Motion for Preliminary Judgment and related motions.

DATED this 21st day of December, 2017.

KEMP, JONES & COULTHARD, LLP


*/s/ Spencer H. Gunnerson*
Spencer H. Gunnerson, Esq.
Madison S. Levine, Esq.
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

Frederic Dorwart, Esq. (pro hac vice)
Jared M. Burden, Esq. (pro hac vice)
FREDERIC DORWART, LAWYERS
Old City Hall
124 East Fourth Street
Tulsa, Oklahoma 74103
*Attorneys for Plaintiff*

DATED this 21st day of December, 2017

THOMAS C. BRADLEY LAW OFFICE


*/s/ Thomas C. Bradley*
Thomas C. Bradley, Esq.
448 Hill Street
Reno, Nevada 89501
*Attorney for Defendants*


**ORDER**

**IT IS SO ORDERED.**


_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 22nd day of December, 2017.

3